Monica Flood Brennan, ISB 5324
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Mbrennan@jvwlaw.net
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL ST. JOHN and DAWN WORKMAN, a married couple, | Case No.: 2:21-cv-00085-BLW |
| Plaintiffs, | DECLARATION OF MONICA FLOOD BRENNAN REGARDING MOTION TO SET ASIDE DISMISSAL |
| vs. | |
| KOOTENAI COUNTY, IDAHO; the KOOTENAI COUNTY SHERIFF'S OFFICE, BENJAMIN WOLFINGER, individually and in his official capacity as the Kootenai County Sheriff; Lieutenant Scott Maxwell individually and in his official capacity as a Kootenai County Lieutenant Sheriff; Vivienne Reynolds, individually and in her official capacity as the Kootenai County Sheriff Animal Control Officer; Shane Vrevich individually and in his capacity as a Kootenai County Sheriff Deputy; Michael Hanson, individually and in his capacity as a Kootenai County Sheriff Deputy; Craig Chambers, Individually and in his capacity as a Kootenai County Sheriff Deputy; Anthony Ghirarduzzi, Individually and in his capacity as a Kootenai County Sheriff Animal Control Officer; and JOHN/JANE DOES 1-10, individually and in their official capacities, | |
| Defendants. | |

COMES NOW ATTORNEY MONICA FLOOD BRENNAN and Declares under penalty of the perjury laws of the State of Idaho.

1. I am the attorney for the Plaintiffs in this matter. They have been injured and have had their rights violated by the actions of the Kootenai County Sheriff's Office in several different ways. They have both suffered trauma and emotional distress due to the unconstitutional acts of the Kootenai County Sheriff Department. Mr. St. John has suffered long term personal injuries as well as Post Traumatic Stress Disorder.

2. Plaintiffs request the Court set aside the 1/24/22 Order of Dismissal Without Prejudice herein for the reasons set forth in the Motion to Set Aside filed herewith.

3. There has been continuous ongoing activity since the beginning of this case which began on or around February 21, 2019. Initially, Daniel St. John was charged with 36 counts of injury to animals by the Kootenai County Sheriff Department. All of the criminal charges of this matter, which were related to these claims, were dismissed or went to jury trial in Kootenai County. After trial, Mr. St. John was wholly exonerated by either dismissal by the state or not guilty verdicts on October 30, 2019. These events were extremely relevant to the decision to pursue a 42 U.S.C. 1983 claim. His claim did not ripen until after his criminal matter was concluded. He did, however, file a timely notice of tort claim within 180 days from February 21, 2019.

4. Initially we were researching and attempting to ascertain how to circumvent the state statute, I.C. §6-610(2), conundrum of posting a bond before filing the Complaint without actually filing the Complaint. We did not want the Complaint dismissed for lack of posting bond as set forth in the statute. We conducted significant research on this issue, and having found no clear answer in caselaw, I called the clerk of the United States District Court

shortly before the two-year state statute was to run and asked if she could provide any guidance. I followed her instructions as to filing the Complaint with the Motion to Waive Bond. It was my understanding from my communications with the court clerk that the Complaint would be "filed" on the date it was "filed" with the Motion to Waive Bond. I did not understand that I would then have to "file" the Complaint again on a later date. I learned this when I attempted to file the Summons.

5. On February 19, 2021, when I filed the Motion to Waive Bond with the Complaint attached, I sent a copy of the Complaint to the attorney for Kootenai County, Darrin Murphey, via email and asked him if he would accept service. Mr. Murphey advised that Peter Erbland at Lake City Law Group was going to be handling the case for Kootenai county. I then emailed and called Peter Erbland's office and asked if he would accept service of the Complaint. On March 4, 2021, Jennifer Fergert sent me the attached email stating she would accept service on behalf of Kootenai County. *Plaintiffs' Exhibit 1, attached hereto and incorporated by this reference.* Thereafter, I emailed counsel for Kootenai County with the Summons and Complaint, and she emailed me back in contradiction to her earlier email saying she would not accept service for Kootenai County and its employees. *Plaintiffs' Exhibit 2, attached herewith and incorporated by this reference.*

6. When the time for service was nearing, I filed a Motion to Backdate the Complaint to the date it was first filed on May 18, 2021 when the United States District Court Clerk advised me my case was not "filed." I sent a professional process server at Confidential Investigations, Jarrod Coons, to serve the Kootenai county employees and the Kootenai Sheriff at the Sheriff's office pursuant to F.R.C.P. 4(j)(2) and I.R.C.P. §4(B). F.R.C.P. authorizes service by any means set forth in the state rules. I.R.C.P. §4(B) states that all

governmental subdivisions may be served by service on the chief executive officer or his secretary or clerk. The process server was advised by the sheriff department that he could leave the papers at the front desk rather than serving each officer individually.

7. I then timely caused to be served Kootenai County by and through its board of commissioners on 5/19/2021 as set forth in the Proof of Service. *Plaintiffs' Exhibit 3, filed herewith and incorporated by this reference.* I then timely caused to be served the State of Idaho through its Attorney General's office. *Plaintiffs' Exhibit 4, filed herewith and incorporated by this reference.* I also caused to be served the clerk of Kootenai County. *Plaintiffs' Exhibit 5, attached hereto and incorporated by this reference.*

8. I then caused to be served all of the officer who were employees of Kootenai County Sheriff Department at the secretary's office at the Kootenai County Sheriff. *Plaintiffs' Exhibit 8, filed herewith and incorporated by this reference.* In my practice in Kootenai County, Idaho, which includes regular service of subpoenas on police officers, police officers like to accept service of process at work at the sheriff department or at the Idaho State Patrol. The Kootenai County Sheriff routinely accepts service of subpoenas for officers. I did not think it was unusual at all that the Kootenai County Sheriff would have accepted service for all defendants except for Scot Barnes, who is not a sheriff deputy, especially in light of the fact that an attorney appeared on behalf of all defendants almost immediately. I do not instruct my process server go to an officer's residence if they accept service through the Sheriff Department, because I find that to be invasive and they do not prefer it.

9. I then caused to be served the State of Idaho on the Administrative Assistant at the Idaho Secretary of State. *Plaintiffs' Exhibit 9, filed herewith and incorporated by this reference.*

10. The next day, May 20, 2021, Jennifer Fergert, entered a Special Notice of Appearance for all defendants. Obviously, counsel for defendants had received the Summons and Complaint. It appeared that service was effective in providing notice to the defendants. There was no Answer filed, however.

11. On June 8, 2021, all defendants represented by Lake City Law Group filed a response to Plaintiffs' motion to backdate the Complaint. I thereafter filed an Objection to Assignment of the Magistrate on July 19, 2021. On August 3, 2021, the Court ruled on Plaintiffs' Motion and dismissed the attendant state law claims as being filed after the statute of limitations and ordered that all unserved defendants be served by September 2, 2021. When the date arrived, I thought that all defendant's besides Scot Barnes were served pursuant to F.R.C.P. §4, because counsel had appeared for all defendants. Plaintiffs are not supposed to be chasing defendants around to serve them when they are clearly aware of the case and have appeared through counsel.

12. In the spring of 2021, the Idaho Supreme Court lifted the Covid restrictions on jury trials, and I suddenly found myself with trials back-to-back for three months. I was literally scrambling to meet deadlines with the unusual upset of my normal busy litigation schedule, and it was extremely difficult for planning purposes to meet all of my deadlines. In addition, I was attempting to work remotely which caused additional problems. Both of my legal assistants were out of the office with Covid in August, 2021, which compounded problems.

13. On October 19, 2021, I received a Motion to Dismiss defendant Scot Barnes. On October 20, 2021, I received notice that the Motion to Dismiss of Scot Barnes was incorrectly filed. When I saw a Motion to Dismiss being filed on October 20, 2021, I thought it was the same

Motion to Dismiss filed by Scot Barnes. By my error, I did not realize it was a motion filed by the other defendants to dismiss for lack of service. For that reason, I never saw the motion and I did not download it or print it until January 24, 2022. That was why Plaintiffs did not respond to the Motion within the 21 day period. I certainly would have responded had I seen the motion. I did not have any objection to the dismissal of Scot Barnes, and I filed a notice of no objection within a timely manner. I assumed the Court had not set a status conference because all defendants had not yet been served and or appeared due to the lack of service of Scot Barnes.

14. On December 17, 2021, the Court entered an Order on the Stipulation to Dismiss Scot Barnes. I thereafter was waiting for defendants to file an Answer. It was my belief that after all defendants were either dismissed or appeared through counsel, Plaintiffs would then have 120 days to file to request a default. After over 30 days had passed since the dismissal of Scot Barnes, and on January 24, 2021, I was planning to ask counsel at Lake City Law Group if they planned to file an Answer so that we could start doing F.R.C.P. §26 disclosures and discovery. In my mind the case was not moving forward, but I had an in person five day long jury trial in state court starting January 10, 2022 and I was very occupied with that.

15. I was very surprised when I received the Order of Dismissal on January 24, 2022. I request that the Court set it aside based on excusable mistake or excusable neglect in light of the fact that there was a Motion to Dismiss filed by Scot Barnes on the same day as the second Motion to Dismiss was filed. I mistakenly thought it was the same pleading. This is further evidenced by my timely response to the Motion to Dismiss defendant Scot Barnes.

16. In addition, the motion and affidavit do not accurately represent all of the methods of service that were taken to serve Kootenai County and its employees. Service is meant to provide notice, not to allow for purposeful evasion of service.

17. Plaintiffs are still within the statutes of limitations for filing a 42 U.S.C. 1983 Complaint as set forth in my memorandum filed herewith. Therefore, the result would be the same if the Court set aside the Dismissal or if Plaintiff's simply refile without the attendant state claims. I have further briefed the same and file the brief herewith.

18. I make this declaration under the penalty of perjury in the State of Idaho on the 27th day of January, 2022.

/s/Monica Flood Brennan
Monica Flood Brennan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

Peter Erbland                        ☒ Eserve: perbland@lclattorneys.com
Jennifer Fegert
Lake City Law Group PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID 83815

/s/Audry Pasqua
Audry Pasqua
Legal Assistant to Monica Flood Brennan

| | |
|---|---|
| **From:** | Jennifer Fegert <jfegert@lclattorneys.com> |
| **Sent:** | Thursday, March 4, 2021 11:57 AM |
| **To:** | Monica Flood-Brennan |
| **Cc:** | Peter Erbland; Nicky Hastings; Carla Herndon; Darrin Murphey |
| **Subject:** | St. John v. Kootenai County et. al. |

Hello Monica,

Peter Erbland and I have been retained by Kootenai County for the defense of this matter. I was asked to accept service on behalf of Kootenai County for the complaint filed by Daniel St. John and Dawn Workman. Would you please send me a copy of the filed summons, complaint and any other pleadings filed so I can determine if we will accept service on behalf of all defendants?

Thanks,

*Jennifer H. Fegert* | *Attorney at law*

_____

*Lake City Law Group PLLC*

435 W. Hanley Ste 101 | Coeur d'Alene, ID 83815

208.664.8115 / 208.664.6338 (fax)

CONFIDENTIALITY -- This email is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, and is legally privileged. This email and any attachments are confidential and are assumed to be protected by attorney client privilege, the work product doctrine, and/or other non-disclosure protections. If you have any doubt this email has been sent to you as the intended recipient, you are not to read, print, disclose, copy, store, and/or otherwise disseminate it, any attachment, and/or any information directly or indirectly related to or contained herein. Immediately notify the sender you have received this email message in error and delete it. Thank you for your attention, response, and action.

This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return email, delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.



| | |
|---|---|
| **From:** | Jennifer Fegert <jfegert@lclattorneys.com> |
| **Sent:** | Tuesday, May 18, 2021 9:28 AM |
| **To:** | Monica Flood-Brennan |
| **Cc:** | Nicky Hastings; Peter Erbland |
| **Subject:** | Re: St. John v. Kootenai County et. al. |

Good Morning Monica,

I apologize but I will be out of the office after 11:00 today, my son is golfing in the finals of the state tournament and I would like to go watch. I will therefore be on the golf course at 1:30 and not available for a phone call. I am available anytime tomorrow if you would like to discuss, however I have been advised by Kootenai County not to accept service and to have the County and its officers formally served with process.

Please let me know if you would like to discuss this matter tomorrow and the time that works best for you.

Best regards,

*Jennifer H. Fegert* | *Attorney at law*

*Lake City Law Group PLLC*
435 W. Hanley Ste 101 | Coeur d'Alene, ID 83815
208.664.8115 / 208.664.6338 (fax)

CONFIDENTIALITY -- This email is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, and is legally privileged. This email and any attachments are confidential and are assumed to be protected by attorney client privilege, the work product doctrine, and/or other non-disclosure protections. If you have any doubt this email has been sent to you as the intended recipient, you are not to read, print, disclose, copy, store, and/or otherwise disseminate it, any attachment, and/or any information directly or indirectly related to or contained herein. Immediately notify the sender you have received this email message in error and delete it. Thank you for your attention, response, and action.

**From:** Monica Flood-Brennan <mbrennan@jvwlaw.net>
**Sent:** Monday, May 17, 2021 4:55 PM
**To:** Jennifer Fegert
**Subject:** RE: St. John v. Kootenai County et. al.

I will put you down for 1:30 p.m. I am going to file a Motion tomorrow morning to file the Complaint and also for an extension of time for service based upon your representations that you may be representing and accepting service for one or all defendants in this case. Thank you, Monica Brennan

**From:** Jennifer Fegert <jfegert@lclattorneys.com>
**Sent:** Monday, May 17, 2021 4:51 PM
**To:** Monica Flood-Brennan <mbrennan@jvwlaw.net>
**Cc:** Peter Erbland <perbland@lclattorneys.com>; Nicky Hastings <nhastings@lclattorneys.com>; Carla Herndon <cherndon@lclattorneys.com>
**Subject:** Re: St. John v. Kootenai County et. al.

Monica,



PLAINTIFF'S EXHIBIT

2

1

Is there a time tomorrow we can talk? I am available between 1:30 and 3:00.

*Jennifer H. Fegert* | *Attorney at law*

_____

*Lake City Law Group PLLC*
435 W. Hanley Ste 101 | Coeur d'Alene, ID 83815
208.664.8115 / 208.664.6338 (fax)

CONFIDENTIALITY -- This email is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, and is legally privileged. This email and any attachments are confidential and are assumed to be protected by attorney client privilege, the work product doctrine, and/or other non-disclosure protections. If you have any doubt this email has been sent to you as the intended recipient, you are not to read, print, disclose, copy, store, and/or otherwise disseminate it, any attachment, and/or any information directly or indirectly related to or contained herein. Immediately notify the sender you have received this email message in error and delete it. Thank you for your attention, response, and action.

**From:** Monica Flood-Brennan <mbrennan@jvwlaw.net>
**Sent:** Monday, May 17, 2021 2:01 PM
**To:** Jennifer Fegert
**Cc:** Peter Erbland; Nicky Hastings; Carla Herndon; Darrin Murphey
**Subject:** RE: St. John v. Kootenai County et. al.

I have not heard back from you since we sent the Complaint and Motion and Declaration in Support of Waiving Bond to Mr. Erbland on March 8, 2021. Are you planning to accept service for all Defendants? Please advise as soon as possible as time is running out to serve the defendants, and I don't want a process server bothering police officers at work or at home if it is not absolutely necessary. Respectfully, Monica Flood Brennan

**From:** Jennifer Fegert <jfegert@lclattorneys.com>
**Sent:** Thursday, March 4, 2021 11:57 AM
**To:** Monica Flood-Brennan <mbrennan@jvwlaw.net>
**Cc:** Peter Erbland <perbland@lclattorneys.com>; Nicky Hastings <nhastings@lclattorneys.com>; Carla Herndon <cherndon@lclattorneys.com>; Darrin Murphey <dmurphey@kcgov.us>
**Subject:** St. John v. Kootenai County et. al.

Hello Monica,

Peter Erbland and I have been retained by Kootenai County for the defense of this matter. I was asked to accept service on behalf of Kootenai County for the complaint filed by Daniel St. John and Dawn Workman. Would you please send me a copy of the filed summons, complaint and any other pleadings filed so I can determine if we will accept service on behalf of all defendants?

Thanks,

*Jennifer H. Fegert* | *Attorney at law*

_____

*Lake City Law Group PLLC*
435 W. Hanley Ste 101 | Coeur d'Alene, ID 83815
208.664.8115 / 208.664.6338 (fax)

CONFIDENTIALITY -- This email is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521, and is legally privileged. This email and any attachments are confidential and are assumed to be protected by attorney client privilege, the work

product doctrine, and/or other non-disclosure protections.  If you have any doubt this email has been sent to you as the intended recipient, you are not to read, print, disclose, copy, store, and/or otherwise disseminate it, any attachment, and/or any information directly or indirectly related to or contained herein.  Immediately notify the sender you have received this email message in error and delete it.  Thank you for your attention, response, and action.

This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return email, delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return email, delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return email, delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kootenai County Idaho, By and
through its Board of Commissioners
was received by me on *(date)* 5/19/21 · Bill Brooks, Leslie Duncan; Chris
Fillias

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Shannon Lee , who is
designated by law to accept service of process on behalf of *(name of organization)* Kootenai County
Idaho, Board of Commission on *(date)* 5/20/21 ; or @ 10:24 Am

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/20/21 _____
                                    *Server's signature*

Jarod Coon, Process Server
*Printed name and title*

408 E Sherman Ave #301
*Server's address*
Coeur d'Alene ID 83814

Additional information regarding attempted service, etc:

Desc: Female
      Caucasian

PLAINTIFF'S EXHIBIT
3
ALL-STATE LEGAL®

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

Daniel St. John et. al.

vs.

Kootenai County, Idaho et. al.

Plaintiff(s):

Defendant(s):

## DECLARATION OF SERVICE

Case Number: 2:21-cv-00085-BLW

For:
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814

Received by Tri-County Process Serving LLC on May 19, 2021 to be served on **STATE OF IDAHO**.

**I, Jordan Johnson, state that on Thursday, May 20, 2021, at 1:31 PM,** I served the within named **State of Idaho** by delivering two true copies of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial** to Brian Kane, Assistant Chief Deputy Attorney General, a person authorized to accept service on behalf of State of Idaho. Said service was effected at **Idaho Attorney General's Office, 700 W. Jefferson St., Ste. C210, Boise, ID 83720**.

Approximate description of Brian Kane
Male 41 years old, 6' 2" Tall, 190 lbs, Blonde Hair, Blue eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 189242
Client Reference: Monica Flood Brennan

Friday, May 21, 2021

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

JORDAN JOHNSON



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kootenai County Clerk of

was received by me on *(date)* 5/19/21 ·  the Court

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bobbi Davidson _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Kootenai County

Clerk of the Court on *(date)* 5/20/21 ; or
@ 10:22 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: 5/20/21 _____    _____
                                   *Server's signature*

                              Jarad Coon , Process Server
                              *Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

Desc: Female
       Caucasian

408 E. Sherman Avenue Suite #301
Coeur d'Alene, ID
83814

PLAINTIFF'S EXHIBIT
5
ALL-STATE LEGAL®

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Michael Hanson, Kootenai_
was received by me on *(date)* _5/19/21_ · _County Sheriff Employee_

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Bridget Geinns_ , who is
designated by law to accept service of process on behalf of *(name of organization)* _Kootenai County_
_Sheriff's Department_ on *(date)* _5/20/21 @ 10:47 AM_ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_

I declare under penalty of perjury that this information is true.

Date: _5/20/21_

_____
Server's signature

_Jarod Cain, Process Server_
Printed name and title

_408 E Sherman Ave #301_
Server's address
_Coeur d'Alene ID 83814_

Additional information regarding attempted service, etc:

_Desc: Female_
· _Caucasian_

PLAINTIFF'S EXHIBIT
8
ALL-STATE LEGAL®

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Craig Chambers, Kootenai
was received by me on *(date)* 5/19/21  County Sheriff Employee

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bridget GERNNS , who is
designated by law to accept service of process on behalf of *(name of organization)* Kootenai County
Sheriff's Department on *(date)* 5/20/21 @ 10:47 AM ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/20/21

_____
Server's signature

Jarod Coon, Process Server
Printed name and title

408 E Sherman Ave suite 301
Server's address
Coeur d'Alene ID
83814

Additional information regarding attempted service, etc:
Desc: Female
Caucasian

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anthony Ghirarduzzi, Kootenai County Sheriff Employee

was received by me on *(date)* 5/19/21

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bridget GERNNS , who is
designated by law to accept service of process on behalf of *(name of organization)* Kootenai
County Sheriff's Department on *(date)* 5/20/21 @ 10:47 AM ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/20/21                    _____
                                        Server's signature

                                 Jarod Coon, Process Serve
                                        Printed name and title

                                 408 E Sherman Ave #301
                                        Server's address
Additional information regarding attempted service, etc:   Coeur d'Alene ID 83814

Desc: Female
   Caucasian

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Michael Hanson, Kootenai_
was received by me on *(date)* _5/19/21_  _County Sheriff Employee_

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Bridget OEINNS_ , who is
designated by law to accept service of process on behalf of *(name of organization)* _Kootenai County_
_Sheriff's Department_ on *(date)* _5/20/21 @ 10:47 am_ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___

I declare under penalty of perjury that this information is true.

Date: _5/20/21_                            _____
                                                    *Server's signature*

                                              _Jarod Cain, Process Server_
                                                    *Printed name and title*

                                              _408 E Sherman Ave #301_
                                                    *Server's address*
                                              _Coeur d'Alene ID 83814_

Additional information regarding attempted service, etc:

_Desc: Female_
_Caucasian_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leutenant Scott Maxwell,

was received by me on *(date)*  5/19/21 · Kootenai County Sheriff Employee

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Bridget GEINNS , who is

designated by law to accept service of process on behalf of *(name of organization)*  Kootenai

County Sheriffs Department on *(date)* 5/20/21 @ 10:17 Am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  5/20/21

_____
Server's signature

Jared Coon, Process Server
Printed name and title

408 E Sherman Ave #301
Server's address

Coeur d' Alene ID 83814

Additional information regarding attempted service, etc:

Desc: ◦ Female
       ◦ Caucasian

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vivienne Reynolds, Kootenai
was received by me on *(date)* 5/19/21   County Sheriff Employee

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bridget Coerns , who is
designated by law to accept service of process on behalf of *(name of organization)* Kootenai
County Sheriff's department on *(date)* 5/20/21 @ 10:47 AM ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  5/20/21

_____
*Server's signature*

Jarod Coon, Process Server
*Printed name and title*

408 E Sherman Ave #301
*Server's address*
Coeur d'Alene ID 83814

Additional information regarding attempted service, etc:

Desc: Female
       Caucasian

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Shane Vrevich, Kootenai_
was received by me on *(date)* _5/19/21_ _County Sheriff Employee_

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Bridget GERNS_ , who is
designated by law to accept service of process on behalf of *(name of organization)* _Kootenai_
_County Sheriff Department_ on *(date)* _5/20/21 @ 10:47 AM_ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _5/20/21_                    _____
                                        *Server's signature*

                                   Jarod Coon, Process Server
                                        *Printed name and title*

                                   408 E Sherman Ave #301
                                        *Server's address*

Additional information regarding attempted service, etc:  Coeur d' Alene ID 83514

Desc: Female
      Caucasian

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:21-cv-00085-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Benjamin Wolfinger / Robert

was received by me on *(date)* 5/19/21 Norris

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bridget Gerns , who is

designated by law to accept service of process on behalf of *(name of organization)* Kootenai

County Sheriff on *(date)* 5/20/21 @ 10:42 AM ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/20/21                                _____
                                                    *Server's signature*

                                            Jarod Coon, Process Server
                                                    *Printed name and title*

                                            408 E Sherman Ave #301
                                                    *Server's address*
                                            Coeur d'Alene ID 83814

Additional information regarding attempted service, etc:

Desc: Female
Caucasian

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

Daniel St. John et. al.

vs.

Kootenai County, Idaho et. al.

Plaintiff(s):

Defendant(s):

**DECLARATION OF SERVICE**

Case Number: 2:21-cv-00085-BLW

For:
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814

Received by Tri-County Process Serving LLC on May 19, 2021 to be served on **STATE OF IDAHO**.

**I, Jordan Johnson, state that on Thursday, May 20, 2021, at 11:45 AM,** I served the within named **State of Idaho** by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and Demand for Jury Trial** to Erin Logue, Administrative Assistant at Idaho Secretary of State, a person authorized to accept service on behalf of State of Idaho. Said service was effected at **Idaho Secretary of State, 700 W. Jefferson St., Rm. E205, Boise, ID 83702.**

Approximate description of Erin Logue
Female  30 years old,  5' 5"  Tall,  125 lbs,  Brown  Hair,  Brown  eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 189243
Client Reference: Monica Flood Brennan

Friday, May 21, 2021

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

**JORDAN JOHNSON**

